ACCEPTED
03-12-00415-CV
5845424
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/26/2015 3:04:06 PM
JEFFREY D. KYLE
CLERK

## Case No. 03-12-00415-CV

BRYAN BERGER and LORI BERGER

Appellants

VS.

TONY FLORES, JR.
Appellee

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/26/2015 3:04:06 PM
JEFFREY D. KYLE
Clerk

### Appellants' Motion to Extend Time for Filing

### Motion for Rehearing/En Banc Reconsideration

Appellants, Bryan Berger and Lori Berger, request that the date for filing Appellants' motion for rehearing/en banc consideration be extended.

1. This motion is filed within the 15-day period to file a mot to extend the time to file a motion for rehearing/en banc reconsideration as required by the Texas Rules of Appellate Procedure.

2. Appellants' motion for rehearing/en banc reconsideration is due on June 27, 2015. Appellants request and additional thirty-five (35) days to file their motion for rehearing/en banc reconsideration, extending the time until August 1, 2015.

3. The parties have agreed to this motion.

4. Appellants have not previously asked for an extension of time to file this their motion for rehearing/en banc reconsideration.

5.     Appellants need the additional time for filing their motion for rehearing/en banc reconsideration because Appellants' attorney, Jerry R. Tucker, Sr., is currently in therapy and under the care of a physician after surgery for staph infection and a full hip replacement.  It is anticipated that Appellants' attorney will be allowed to return to normal activities around July 15, 2015.

6.     For these reasons, Appellants request that the Court extend the time for Appellants' motion for rehearing/en banc reconsideration to be filed in Case No. 03-12-00415-CV, and designate August 1, 2015 as the due date for Appellants' motion to be filed.

<u>Verification</u>

STATE OF TEXAS
COUNTY OF COMAL

BEFORE ME, the undersigned Notary Public, appeared Jerry R. Tucker, Sr. known by me to be the person whose signature appears below, and upon his oath stated:

My name is Jerry R. Tucker, Sr.  I am the attorney of record for the Appellants in Case No. 03-12-00415 CV.  I know of my own personal knowledge that the statements concerning my health and medical problems contained in the above motion for rehearing/en banc reconsideration are true and correct.

S/ <u>Jerry R. Tucker, Sr._____</u>

Subscribed and sworn to before me by Jerry R. Tucker, Sr. this 25th day of June, 2015.

S/ <u>Annette Broussard_____</u>
Annette R. Broussard
Notary Public, State of Texas
Commission Expires August 24, 2017

Respectfully submitted:

S/ <u>Jerry R. Tucker, Sr._____</u>
Jerry R. Tucker, Sr.
Attorney for Appellants
State Bar No. 20273000
P. O. Box `1507
Blanco, Texas 78606
(830) 237-6590
email:  jrtuckersr@hotmail.com

## Certificate of Service

I certify that a true and correct copy of the above motion for extension of time has been served on Appellee's attorney of record by email, on June 26, 2015 as follows:

Evelyn Martinez Huron
Attorney
4100 N
NW Loop 410, Ste. 105
San Antonio, Texas 78229
email: emhuronlaw@yahoo.com

S/ Jerry R. Tucker, Sr_____
Jerry R. Tucker, Sr.


## Certificate of Conference

I certify that I have conferred with Evelyn Martinez Hurn, attorney for Appellee, and she has agreed to the above motion to extend time for filing the motion for rehearing/en banc consideration.

S/ Jerry R. Tucker, Sr._____
Jerry R. Tucker, Sr.